**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | East Coast Invest, LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-5291507 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| c/o Barry Mukamal, Receiver<br>1000 South Federal Hwy, Suite 200<br>Fort Lauderdale, FL 33316 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Broward | Location of principal assets, if different from principal place of business |
| County | 3195 W. Hallandale Beach Blvd. Hollywood, FL 33023 |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**   None.

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **East Coast Invest, LLC**                                      Case number (*if known*) _____
        Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

---

Debtor  **East Coast Invest, LLC**  
<span style="font-size:small">Name</span>

Case number (*if known*) _____

---

**11. Why is the case filed in *this district*?**  
*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No  
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

Where is the property? _____  
<span style="font-size:small">Number, Street, City, State & ZIP Code</span>

Is the property insured?  
☐ No  
☐ Yes.  Insurance agency _____  
Contact name _____  
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**  
*Check one:*
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| | |
|---|---|
| Debtor | **East Coast Invest, LLC** |
| | Name |

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/6/2019
          MM / DD / YYYY

X  /s/ Barry Mukamal
Signature of authorized representative of debtor

**Barry Mukamal**
Printed name

Title  **Receiver**

**18. Signature of attorney**

X  /s/ Grace E. Robson
Signature of attorney for debtor

Date  8/6/2019
    MM / DD / YYYY

**Grace E. Robson**
Printed name

**Markowitz, Ringel, Trusty & Hartog, P.A.**
Firm name

**101 NE Third Avenue
Suite 1210
Fort Lauderdale, FL 33301**
Number, Street, City, State & ZIP Code

Contact phone  **(954) 767-0030**     Email address  **grobson@mrthlaw.com**

**0178063 FL**
Bar number and State

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2018-029719-CA-01
SECTION: CA43
JUDGE: Beatrice Butchko

**Igor Mikhaylov et al**

Plaintiff(s) / Petitioner(s)

vs.

**Anatoly Zinoviev et al**

Defendant(s) / Respondent(s)

_____/

## ORDER GRANTING RECEIVER'S EMERGENCY MOTION FOR AUTHORITY TO FILE A VOLUNTARY CHAPTER 11 BANKRUPTCY CASE FOR EAST COAST INVEST, LLC

THIS CAUSE came before the Court for hearing on July 30, 2019 at 9:00 a.m. upon the "*Receiver's Emergency Motion for Authority to File a Voluntary Chapter 11 Bankruptcy Case for East Coast Invest, LLC*" (the "Motion").  The Court having reviewed the Motion, having reviewed "*Defendants' Anatoly Zinoviev, Natalie Kouzmina, Real Clean, LLC, Genna Demircan, AZ Services, Miami, LLC and ELM Construction, LLC Objection to Receiver's Emergency Motion for Authority to File A Voluntary Chapter 11 Bankruptcy for East Coast Invest, LLC*" (the "Defendant Objection"), having heard the presentation of counsel for the Receiver, the Plaintiffs, and several Defendants, and having considered the record in this case, finds cause to grant the Motion for the reasons stated on the record.  Accordingly, it is

**ORDERED** as follows:

1.      The Motion is **GRANTED**.

2.     The Defendant Objection is **OVERRULED**.

3.     Barry Mukamal, as Receiver for East Coast Invest, LLLP, the sole managing member of East Coast Invest, LLC ("ECI"), is authorized to file a voluntary chapter 11 bankruptcy case for East Coast Invest, LLC ("ECI") for the reasons stated on the record and in consideration of the commitment of Plaintiff Igor Mikhaylov ("Mikhaylov") to fund the administrative expenses of the chapter 11 bankruptcy case on the following terms:

   a.     Mikhaylov will pay the Receiver and his professionals their outstanding fees and costs and a fee retainer in the aggregate amount of $70,000.00 prior to the bankruptcy filing and record a corresponding receiver's certificate;

   b.     Mikhaylov will pay the Receiver and his professionals a cost retainer in the aggregate amount of $5,000.00 prior to the bankruptcy filing and record a corresponding receiver's certificate;

   c.     Mikhaylov will pay all non-professional administrative expenses of the bankruptcy estate;

   d.     Mikhaylov will pay all fees and costs of the Receiver and his professionals for a period of no less than five (5) months following the filing of the bankruptcy petition, and may continue forward on a month-to-month basis unless and until Mikhaylov provides written notice of his intent to cease the funding of professional fees and costs (the "Termination Notice"). The Termination Notice shall be served on the Receiver and his professionals, filed with the bankruptcy court, and provide at least thirty (30) days' notice of the intent to terminate funding. Notwithstanding any termination, the obligation to fund fees and costs of the Receiver and his professionals will extend through the expiration of the thirty (30) day notice period.

e. The amounts payable by Mikhaylov will be based on expenses described in a budget agreed to by Mikhaylov and the Receiver, and/or amounts approved by the bankruptcy court, and will be:

i. considered post-petition financing in favor of ECI that shall be secured by a bankruptcy court approved super-priority lien on all of the assets of ECI <u>other</u> <u>than</u> causes of action arising under chapter 5 of the Bankruptcy Code, including but not limited to the assets referenced in the schedule attached hereto as Exhibit "1";

ii. with the debt and super-priority lien of Mikhaylov subordinated to the extent of any unpaid administrative expenses of ECI's bankruptcy estate that Mikhaylov has agreed or is required to fund;

iii. without recourse to the Receiver or his professionals;

iv. without interest; and

v. to be repaid to Mikhaylov from the sale or other disposition of the assets of ECI or as may otherwise be ordered by the bankruptcy court.

4. The Receiver will certify service of this Order.

**DONE AND ORDERED** in Miami-Dade County, Florida, on August _____, 2019.

_____
BEATRICE BUTCHKO
CIRCUIT JUDGE

## Exhibit "1"

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>6th day of August, 2019</u>.

<u>2018-029719-CA-01 08-06-2019 10:58 AM</u>
Hon. Beatrice Butchko

**CIRCUIT COURT JUDGE**
Electronically Signed

---

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

---

**Copies Furnished To:**
Adam J. Yormack Yormack , Email : adam.yormack@gmail.com
Adam J. Yormack Yormack , Email : adam@eylawyers.com
Adam J. Yormack Yormack , Email : adam.yormack@yormackpa.com
Alan Robert Rosenberg , Email : gruiz@mrthlaw.com
Alan Robert Rosenberg , Email : litservice@mrthlaw.com
Alan Robert Rosenberg , Email : arosenberg@mrthlaw.com
Alan Rosenberg , Email : arosenberg@mrthlaw.com
Alan Rosenberg , Email : litservice@mrthlaw.com
Alec M. Puig , Email : Alec.puig@hklaw.com
Alex M. Gonzalez , Email : Anabel.avalos@hklaw.com
Alex M. Gonzalez , Email : Alex.gonzalez@hklaw.com
Barry E. Mukamal , Email : bmukamal@kapilamukamal.com
Benjamin A. Taormina , Email : carmen.ramsey@hklaw.com
Benjamin A. Taormina , Email : Benjamin.Taormina@hklaw.com
Brett A Barfield , Email : aida.guerrero@hklaw.com
Brett A Barfield , Email : brett.barfield@hklaw.com
Brett A. Barfield , Email : Brett.barfield@hklaw.com

Brian D Gottlieb , Email : mjimenez@rtrlaw.com
Brian D Gottlieb , Email : brian@rtrlaw.com
Brian D Gottlieb , Email : ghidalgo@rtrlaw.com
Cbl Section 43 Case Mgr , Email : cbl43@jud11.flcourts.org
Gaspar Forteza , Email : gaspar.forteza@blaxgray.com
Gaspar Forteza , Email : gaspar.forteza@gmail.com
Gaspar Forteza , Email : forteza.assistant@blaxgray.com
Gerardo A. Vazquez , Email : gv@gvazquez.com
Herbert Stettin , Email : hmstettin@bellsouth.net
Ian J Kukoff , Email : kukoff.assistant@blaxgray.com
Ian J Kukoff , Email : ian.kukoff@blaxgray.com
Israel J Encinosa , Email : aavalos@hklaw.com
Israel J Encinosa , Email : israel.encinosa@hklaw.com
Israel J. Encinosa , Email : Israel.encinosa@hklaw.com
Jason D Katz , Email : marcos@jkatzlaw.com
Jason D Katz , Email : jason@jkatzlaw.com
Jason D Katz , Email : casey@jkatzlaw.com
Jerry M. Markowitz , Email : jmarkowitz@mrthlaw.com
Jerry M. Markowitz , Email : litservice@mrthlaw.com
Keith D. Silverstein , Email : keith@silversteinpa.com
Keith David Silverstein , Email : service@silversteinpa.com
Keith David Silverstein , Email : keith@silversteinpa.com
Keith David Silverstein , Email : maikel@silversteinpa.com
Lissette.garcia@blaxgray.com , Email : Lissette.garcia@blaxgray.com
LucaBay Construction LLC , Email : lucabayconstruction@gmail.com
Mario M. Ruiz , Email : aromero@mcdonaldhopkins.com
Mario M. Ruiz , Email : mruiz@mcdonaldhopkins.com
Mark R. Osherow , Email : mark@osherowpllc.com
Mark R. Osherow , Email : eservice@osherowpllc.com
Mark R. Osherow , Email : paralegal@osherowpllc.com
Michael Feldenkrais , Email : mfeldenkrais@gmail.com
Michael Feldenkrais , Email : mf@feldenkraislaw.com
Moises Grayson, Esq. , Email : moises.grayson@blaxgray.com
Peter DiIorio , Email : pdiiorio@gmail.com
Richard E Guttentag , Email : rs@stearnsroberts.com
Richard E Guttentag , Email : reg@stearnsroberts.com
Ross R Hartog , Email : rhartog@mrthlaw.com

Ross R Hartog , Email : litservice@mrthlaw.com
Scott A Orth , Email : service@orthlawoffice.com
Scott A Orth , Email : eserviceSAO@gmail.com
Steven Barry Herzberg , Email : sh@gvazquez.com
Steven Barry Herzberg , Email : yl@gvazquez.com
Steven H. Herzberg , Email : keith@silversteinpa.com
Steven H. Herzberg , Email : sh@vazquez.com
Steven Herzberg , Email : sh@gvazquez.com

**EXHIBIT 1**

**EAST COAST INVEST, LLC**
**INVENTORY OF RECEIVER**
**AS OF DECEMBER 5, 2018**

**REAL ESTATE**

PROPERTY 1

Location: 3195 W. Hallandale Beach Boulevard, Pembroke Park, Florida 33023

Description: Partially developed commercial land parcel comprised of +/- 6.22 acres

Tax Folio No.: 5142 20 17 0073

Legal Description

SENECA PLAT 165-9 B POR OF PAR B DESC AS BEG SE COR PAR B,W 196.72,NW 51.42,W 255 S 12,SW 3.82,NW 51.42,W 115, W 130,N 333.88,E 806.70,S 346.34 TO POB

PROPERTY 2

Location: 3001 S. Ocean Drive, Unit #511, Hollywood, Florida 33019

Description: +/- 1,208 sf, 1 Bedroom, 2 Bathroom, Residential Condominium Unit

Tax Folio No.: 5142 24 AP 2660

Legal Description

RESIDENCES OF HOLLYWOOD BEACH CONDO UNIT 511 EAST

PROPERTY 3

Location: 3001 S. Ocean Drive, Unit #1511, Hollywood, Florida 33019

Description: +/- 1,208 sf, 1 Bedroom, 2 Bathroom, Residential Condominium Unit

Tax Folio No.: 5142 24 AP 4912

Legal Description

RESIDENCES OF HOLLYWOOD BEACH CONDO UNIT 1511 EAST

EAST COAST INVEST, LLC
INVENTORY OF RECEIVER
December 5, 2018

## PERMITS, LAND USE ENTITLEMENTS AND APPROVALS

### Permits

All construction permits have been verified cancelled by the Town of Pembroke Park Building Department due to lack of progress.

### Land Use Entitlements and Approvals

Preliminary analysis of a current title search demonstrates no land use entitlements other than those that run with the land. Research and assessment of entitlements which can be monetized or otherwise portable is ongoing and this inventory will be supplemented upon identification and verification of any land use entitlements or approvals.

## PERSONALTY

## CONDOMINIUM UNIT #511

### KITCHEN

Whirlpool Refrigerator SR4930350
Dishwasher B02058DH201719J
Whirlpool Stove R41336486
Toaster
Coffee Pot
Electric Grill
Microwave Oven

### DINING ROOM/LIVING ROOM

Furniture Shelf
Glass Dining Table with 4 matching chairs
Decorative Table
18 Decorative items
End Table
2 Matching Couches
Chair
Lamp
Coffee Table
Wall Painting (Picture Theme)
Furniture Shelf
2 High Chairs
Decorative Faux Plant
Furniture with Shelves
Flat Screen TV 205RMSS6D590

EAST COAST INVEST, LLC
INVENTORY OF RECEIVER
December 5, 2018

TV Furniture with Shelving

**BEDROOMS**

2 Mattress
2 Bed Bases
4 Chest of Drawers
2 Table
Plant
Lamp
Flat Screen TV Z3T93CBB900011T
Misc. Toiletry Items

**UTILITY CLOSET**

Step Stool
5 Bottles of Detergent
Simple Work Desk with Return
Office Chair
26 Hangers
Flat Screen TV Z3T93CTB80013
Canister Vacuum
Bucket
Broom
MOP
Dust Pan
Dust Brush
Misc. Home Cleaning Goods

**CONDOMINIUM UNIT #1511**

**KITCHEN**

Whirlpool Refrigerator SR2745727
Dishwasher F53835595
Whirlpool Stove RR4922816
Toaster
Coffee Pot
Coffee Maker
Blender
Electric Grill
Microwave Oven

3

EAST COAST INVEST, LLC
INVENTORY OF RECEIVER
December 5, 2018

**DINING ROOM/LIVING ROOM**

Furniture Shelf
White Glass Dining Table with 4 clear plexi chairs
Decorative Table
11 Decorative items
End Table
2 Matching Couches
Chair
2 Lamps
11 Candles
Coffee Table
Throw Rug
Wall Painting (Ocean Theme)
Painting
Furniture Shelf
2 High Chairs
Decorative Faux Plant
Furniture with Shelves
Flat Screen TV
TV Furniture with Shelving

**BEDROOMS**

2 Mattress
2 Bed Bases
4 Chest of Drawers
2 Table
Plant
Lamp
Flat Screen TV Z3313CBB406313N
Wall Painting (Surfer Beach Theme)
2 Plastic Patio Chairs
Misc. Toiletry Items
Iron
Laundry Bin/Ironing Board Combine
Flat Screen TV Z32V3CTB500142B
Cable Box
Router
Metal Bowl
2 Pots
Skillet

4

EAST COAST INVEST, LLC
INVENTORY OF RECEIVER
December 5, 2018

**UTILITY CLOSET**

Step Ladder
5 Bottles of Detergent
Flat Screen TV Z3T93CTB80013
Canister Vacuum
Bucket
Broom
2 MOPs
Dust Brush
Misc. Home Cleaning Goods
Heater
Misc. Cleaning Goods

5